In re: James K. BURKS, Jr., Petitioner.

No. 11–1997.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2012.

Decided: March 29, 2012.

James K. Burks, Jr., Petitioner Pro Se.

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James K. Burks, Jr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 18 U.S.C. § 3582(c) (2006) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order on January 27, 2012, denying Burks' motion. Accordingly, because the district court has recently decided Burks' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*